UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:21-cr-192-VMC-MRM | DATE: May 16, 2023 |
|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | **GOVERNMENT COUNSEL** Erin Claire Favorit |
| **UNITED STATES OF AMERICA** v. BROOKE SHAWNTAYE SPARKS | Sara Lenore Mieczkowski, AFPD |
| **COURT REPORTER:** Tana Hess | **DEPUTY CLERK:** Magaly Justiniano |
| **TIME:** 3:03 PM – 3:46 PM  **TOTAL:** 43 mins | **COURTROOM:** 14B |
| | **PROBATION:** Tyler Thomas Campbell |

**PROCEEDINGS:** CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Court called to order. Special Agent Sara Angelosanto at counsel table.

Defendant is adjudged guilty on Counts One and Four of the Indictment.

Statements made by counsel.

Defendant's *Oral Motion Downward Variance* is DENIED for the reasons stated on the record.

Defendant chose not to allocute.

Imprisonment: **FOUR HUNDRED EIGHTY (480) MONTHS**. This term consists of a 360-month term as to Count One and a 120-month term as to Count Four. Count Four to be served consecutively to Count One.

The Court makes the following recommendations to the Bureau of Prisons:

- Defendant be evaluated for medical placement or FCI Tallahassee if medical placement is not available.
- Defendant be considered for the 500 Hour Residential Drug Abuse Program (RDAP), if eligible.
- Defendant be allowed to participate in the UNICOR program, if eligible.

- Defendant be evaluated for participation in any vocational or educational training deemed appropriate by the Bureau of Prisons.

Supervised Release: **FIFTEEN (15) YEARS**. This term consists of a 15-year term as to Counts One and Four, all such terms to run concurrently.

Fine is waived.

Restitution: Deferred.

Special Assessment: $200.00 to be paid immediately.

Special conditions of supervised release:

1. Defendant shall participate in a mental health program specializing in sex offender treatment and submit to polygraph testing for treatment and monitoring purposes.  Defendant shall follow the Probation Officer's instructions regarding the implementation of this court directive.  Further, Defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the Probation Officer base on ability to pay or availability of third-party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.
2. Defendant shall register with the state sexual offender registration agency(s) in any state where you reside, visit, are employed, carry on a vocation, or are a student, as directed by your Probation Officer.  The Probation Officer will provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S.943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct you to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.
3. Defendant shall have no direct contact with minors (under the age of 18) without the written approval of the Probation Officer and shall refrain from entering into any area where children frequently congregate, including: schools, daycare centers, theme parks, playgrounds, etc.
4. Defendant is prohibited from possessing, subscribing to, or viewing, any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.
5. Defendant shall not possess or use a computer with access to any online service at any location (including employment) without written approval from the Probation Officer.  This includes access through any Internet service provider, bulletin board system, or any public or private computer network system.  Defendant shall permit routine inspection of your computer system, hard drives, and other medial storage materials, to confirm adherence to this condition.  This inspection shall be no more intrusive than is necessary to ensure compliance with this condition.  Defendant shall inform your employer, or other third party who may be impacted by this condition, of this computer-related restriction and the computer inspection provision of the condition.
6. Defendant shall have no contact, direct or indirect, with victims identified in Count One, (G.S.)
7. Defendant shall submit to a search of your person, residence, place of business, any storage units under Defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to a search may be grounds for revocation.  You shall inform any other residents that the premises may be subject to a search pursuant to this condition.
8. Defendant must refrain from any unlawful use of controlled substance. Defendant must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. You must submit to random drug testing not to exceed 104 tests per year.
9. Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Parties to file a memorandum regarding restitution by May 30th, 2023.

Defendant is remanded to the custody of the US Marshal.

Counts Two and Three of the Indictment are dismissed in accordance with the plea agreement.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 43 |
| Criminal History Category: | I |
| Imprisonment Range | 480 months |
| Supervised Release Range | 5 years-life as to Count One and Four |
| Restitution: | deferred |
| Fine Range | $50,000-$250,000 |
| Special Assessment | $200.00 |
| JVTA assessment | $5,000 per count |
| AVAA assessment | Up to $50,000 |